IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEVI GARY SPRINGER, | ) | 4:09CV3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANSLEY GRIFFIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on two Motions filed by Plaintiff.  (Filing Nos. 10 and 14.)  The court dismissed this matter without prejudice and entered Judgment on September 23, 2009.  (Filing Nos. 8 and 9.)

IT IS THEREFORE ORDERED that: all pending motions are denied as moot.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge